**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                 **NO. 4:06CR00213-01 GTE**

**JAMAAL RASHIEED LEWIS**                                         **DEFENDANT**

## **SUPPLEMENTAL JUDGMENT**

Pending before the Court is the Motion to Revoke [Doc . 87] filed April 6, 2011. A hearing was held on May 11, 2011, before the Hon. G. Thomas Eisele. Present were the Defendant Jamaal Rashieed Lewis, his attorney, Assistant Federal Public Defender Molly Sullivan, Assistant United States Attorney Pat Harris and Selina M. Earsa, United States Probation Officer. The Court went over the Violation Memorandum, with the exception of the pending charges listed, and Defendant admitted all of the violations contained therein. The Court concluded that Defendant had violated the conditions of his supervised release.

IT IS THEREFORE ORDERED, that the Motion to Revoke [Doc. 87] is hereby GRANTED and Defendant's term of Supervised Release is hereby revoked.

The Court imposes a sentence of **FOURTEEN (14) MONTHS** in the Bureau of Prisons. No term of supervised release will follow imprisonment. The Court recommends that the Defendant participate in residential and non-residential substance abuse treatment and educational and vocational programs during incarceration. The Court recommends designation to the Forrest City Facility or a facility as close to his family in Little Rock as possible.

SO ORDERED this 12th day of May, 2011.

                                                             /s/ Garnett Thomas Eisele
                                                              UNITED STATES DISTRICT JUDGE